## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

SEP 1 3 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| TARENCE T. DAVIS, MICHAEL L. PARROT, CHARLES E. ALEXANDER, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, | §<br>§<br>§<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-02-4225 |
| SPECIAL DISTRIBUTION SERVICES, INC., A & G TRUCK LINES, INC., SPECIAL DISPATCH OF HOUSTON, INC., GREGORY P. BACK, AND ALBERT LAROSE, JR., Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

## FINAL JUDGMENT

For the reasons stated in the accompanying Findings of Fact and Conclusions of Law, it is hereby

**ORDERED** that judgment is entered in favor of Defendants and Plaintiffs' Second Amended Class Action Complaint is DISMISSED WITH PREJUDICE. This is a final, appealable order.

SIGNED at Houston, Texas, this ⁄⁄ day of September, 2004.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE